```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
MARIO J. REYES,                                                        :
                                                                       :
                               Plaintiff,                              :
                                                                       :    24 Civ. 2243 (JPC)
               -v-                                                     :
                                                                       :           ORDER
1000 VOLTS TATTOO CO. d/b/a 1000 VOLTS                                 :
TATTOO-SOHO et al.,                                                    :
                                                                       :
                               Defendants.                             :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On April 16, 2024, Plaintiff served Defendant 288 Mulberry Street Realty Corp. ("288 Mulberry") with copies of the Summons and Complaint. Dkt. 7. 288 Mulberry's deadline to respond to the Complaint was therefore May 7, 2024. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint from 288 Mulberry. Accordingly, the Court extends *sua sponte* 288 Mulberry's deadline to respond to the Complaint until June 11, 2024. If 288 Mulberry once again fails to respond to the Complaint by its deadline to do so, Plaintiff should seek a Certificate of Default by June 25, 2024.

SO ORDERED.

Dated: May 28, 2024                                        _____
       New York, New York                                           JOHN P. CRONAN
                                                              United States District Judge