```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
MARIO J. REYES,                                                        :
                                                                       :
                              Plaintiff,                               :
                                                                       :            24 Civ. 2243 (JPC)
              -v-                                                      :
                                                                       :                 ORDER
                                                                       :
1000 VOLTS TATTOO CO. d/b/a 1000 VOLTS                                 :
TATTOO-SOHO et al.,                                                    :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court is in receipt of Mr. Quinonez's letter dated September 12, 2024. Dkt. 22. In light of this filing, Plaintiff is directed to file a status letter with the Court stating whether Plaintiff intends to continue to proceed against Defendant 1000 Volts Tattoo Co. and, if so, whether Plaintiff has any further information as to whether that Defendant remains in business. Plaintiff's status letter is due by September 23, 2024.

SO ORDERED.

Dated: September 16, 2024
       New York, New York                          _____
                                                        JOHN P. CRONAN
                                                   United States District Judge