```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
MARIO J. REYES,                                                        :
                                                                       :
                              Plaintiff,                               :
                                                                       :         24 Civ. 2243 (JPC)
              -v-                                                      :
                                                                       :              ORDER
1000 VOLTS TATTOO CO. d/b/a 1000 VOLTS                                 :
TATTOO-SOHO et al.,                                                    :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court is in receipt of Plaintiff's response to the Court's September 16, 2024 Order. Dkt. 26. In his letter, Plaintiff requests leave of Court to file an Amended Complaint and informs the Court that he will continue to pursue claims against Defendant 1000 Volts Tattoo Co. The Court grants Plaintiff leave to amend. Any Amended Complaint is due by October 7, 2024.

The Court has also received a notice of appearance from Mr. Quinonez in this case, purporting to represent Defendant 1000 Volts Tattoo Co. on a *pro se* basis, Dkt. 23, as well as an Answer filed by Mr. Quinonez, Dkt. 24. Defendant 1000 Volts Tattoo Co. is advised that a corporation cannot proceed *pro se* in federal court and must be represented by an attorney. *See, e.g.*, *Hounddog Prods., L.L.C. v. Empire Film Grp., Inc.*, 767 F. Supp. 2d 480, 486 (S.D.N.Y. 2011) ("It is well settled that corporations can only appear in court through an attorney, and may not proceed *pro se*."). Defendant risks a default judgment against it if it does not appear in this case through counsel. *See id.* The Clerk of Court is therefore respectfully directed to strike Docket Number 24. Plaintiff is directed to mail a copy of this Order to Mr. Quinonez at the address listed in the notice of appearance at Docket Number 23.

SO ORDERED.

Dated: September 24, 2024
      New York, New York

_____
JOHN P. CRONAN
United States District Judge

2