UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
MARIO J. REYES,                                                        :
                                                                       :
                          Plaintiff,                                   :
                                                                       :       24 Civ. 2243 (JPC)
         -v-                                                           :
                                                                       :       ORDER
1000 VOLTS TATTOO CO. d/b/a 1000 VOLTS                                 :
TATTOO-SOHO *et al.*,                                                  :
                                                                       :
                          Defendants.                                  :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On September 24, 2024, the Court granted Plaintiff leave to file an Amended Complaint and set a due date of October 7, 2024. Dkt. 27. That deadline has passed and the docket does not reflect the entry of an Amended Complaint. The Court *sua sponte* extends Plaintiff's deadline to October 9, 2024.

SO ORDERED.

Dated: October 8, 2024
       New York, New York

                                                        _____
                                                                  JOHN P. CRONAN
                                                              United States District Judge