```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
MARIO J. REYES,                                                        :
                                                                       :
                        Plaintiff,                                     :
                                                                       :        24 Civ. 2243 (JPC)
        -v-                                                            :
                                                                       :                ORDER
1000 VOLTS TATTOO CO. d/b/a 1000 VOLTS                                 :
TATTOO-SOHO et al.,                                                    :
                                                                       :
                        Defendants.                                    :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

Defendants 288 Mulberry Realty Corp. and 1000 Volts Tattoo Co. shall respond to the Amended Complaint by October 29, 2024. Plaintiff is also directed to file a status letter on October 29, 2024, advising the Court of the status of service on Defendant Undercut Barber Shop Inc.

SO ORDERED.

Dated: October 9, 2024
       New York, New York

_____
JOHN P. CRONAN
United States District Judge