UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                :
MARIO J. REYES,                              :

                           Plaintiff,                :
                                                :         24 Civ. 2243 (JPC)
            -v-                            :
                                                :            ORDER
1000 VOLTS TATTOO CO. *et al.*,        :

                         Defendants.          :
                                                :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       On May 22, 2024, Plaintiff served Defendant 288 Mulberry Street Realty Corp. with copies of the Summons and Complaint. Dkt. 7. On August 30, 2024, Plaintiff served Defendant 1000 Volts Tattoo Co. with copies of the Summons and Complaint. Dkt. 5. On October 8, 2024, Plaintiff filed an Amended Complaint, adding Defendant Undercut Barber Shop Inc. Dkt. 29. The Court ordered 288 Mulberry Street Realty Corp. and 1000 Volts Tattoo Co. to respond to the Amended Complaint by October 29, 2024. Dkt. 30. The docket reflects that Plaintiff served copies of the Summons and Amended Complaint on 288 Mulberry Street Realty Corp. on October 30, 2024. Dkt. 40.

       The deadlines for Defendants 288 Mulberry Street Realty Corp. and 1000 Volts Tattoo Co. to respond to the Amended Complaint have passed, and the docket does not reflect the entry of a response to the Amended Complaint. *See* Fed. R. Civ. P. 12(a)(1)(A)(i); *see also* Fed R. Civ. P. 15(a)(3). The Court extends *sua sponte* the deadline for 288 Mulberry Street Realty Corp. and 1000 Volts Tattoo Co. to respond to the Amended Complaint until November 29, 2024. If these Defendants once again fail to respond to the Amended Complaint by their deadline to do so, Plaintiff should seek a Certificate of Default against these defendants by December 6, 2024.

Plaintiff is directed to mail a copy of this Order to Mr. Quinonez at the address listed in the notice of appearance at Docket Number 23.

SO ORDERED.

Dated: November 22, 2024
       New York, New York

_____
JOHN P. CRONAN
United States District Judge