```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/5/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mario J. Reyes,

                Plaintiff,

-against-

1000 Volts Tattoo Co. et al.,

                Defendants.

1:24-cv-02243 (JPC) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

    The Court is in receipt of the December 2, 2024 Declaration of Lucas Quinonez and Motion to Dismiss filed by 1000 Volts Tattoo Co. ("1000 Volts"). (Quinonez Decl., ECF No. 47; 1000 Volts Mot. to Dismiss, ECF No. 48.) As alleged in the Amended Complaint and set forth in the Quinonez Declaration, 1000 Volts is a sole proprietorship owned by Lucas Quinonez. (Am. Compl., ECF No. 29, ¶ 5; Quinonez Decl. at PDF p. 1.) "[B]ecause a sole proprietorship and its owner are the same legal entity," *see Maersk Line A/S v. Marie S. Carew*, No. 19-CV-04870 (JPC), 2021 WL 431242, at *1 n.1 (S.D.N.Y. Feb. 8, 2021), 1000 Volts may proceed *pro se*. Accordingly, the Clerk of Court is respectfully requested to update the ECF docket to reflect that 1000 Volts has appeared *pro se* and to reflect the contact information for Mr. Quinonez set forth in the Notice of Appearance filed at ECF No. 23.

**SO ORDERED.**

Dated:    New York, New York
            December 5, 2024

                                                  STEWART D. AARON
                                                  United States Magistrate Judge