```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/28/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mario J. Reyes,

                Plaintiff,

-against-

1000 Volts Tattoo Co. et al.,

                Defendants.

1:24-cv-02243 (JPC) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    Following a telephone conference with the parties, and for the reasons stated on the record, it is hereby Ordered that the Letter Motion filed by Defendants 288 Mulberry Street Realty Corp. and Undercut Barber Shop Inc. (ECF No. 69) is DENIED. The parties shall meet and confer with respect to a date the premises will be made available for an inspection. The deadline for the completion of expert discovery remains June 23, 2025.

**SO ORDERED.**

Dated:    New York, New York
            May 28, 2025

                                        */s/ Stewart D. Aaron*
                                        STEWART D. AARON
                                        United States Magistrate Judge