```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
MARIO J. REYES,                                                        :
                                                                       :
                        Plaintiff,                                     :
                                                                       :           24 Civ. 2243 (JPC)
                -v-                                                    :
                                                                       :                ORDER
1000 VOLTS TATTOO CO. et al.,                                          :
                                                                       :
                        Defendants.                                    :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      Discovery in this matter concluded on June 23, 2025. By July 11, 2025, the parties shall submit a joint status letter advising the Court as to whether the parties request a referral to the assigned Magistrate Judge for a settlement conference or to the Court-annexed mediation program, whether any party plans to file a post-discovery motion, the anticipated grounds for any such motion, and the opposing party's anticipated grounds for opposing the motion. In the event any party plans to file a post-discovery motion, the joint status letter will satisfy the Court's pre-motion letter requirement.

      SO ORDERED.

Dated: June 27, 2025
       New York, New York

                                                  JOHN P. CRONAN
                                        United States District Judge