UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                           :

MARIO J. REYES,                                     :

                         Plaintiff,                  :           24 Civ. 2243 (JPC)

         -v-                                       :              <u>ORDER</u>

1000 VOLTS TATTOO CO. *et al.*,         :

                       Defendants.      :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The Court is in receipt of the Mediator's Final Report stating that the court-ordered mediation in this case was unsuccessful in resolving any issue in the case. The Court had previously received the parties' Joint Letter stating Defendants' request to file Motions for Summary Judgment and Dismissal, as well as Motions to Exclude. Dkt. 79. Upon reviewing the parties' letter, the Court finds that a pre-motion conference is not necessary, and that Defendants may proceed in filing the Motions. Defendants' motion papers are due by September 18, 2025. Plaintiff's opposition papers are due by October 9, 2025. Defendants' reply papers, if any, are due October 23, 2025.

       In accordance with the Court's Individual Rules and Practices for Civil Cases, requests for extensions or adjournment may be made only by letter-motion filed on ECF and must be received at least 48 hours (*i.e.*, two business days) before the deadline or scheduled appearance, absent compelling circumstances. The written submission must state (1) the original date(s) set for the appearance or deadline(s) and the new date(s) requested; (2) the reason(s) for the request; (3) the number of previous requests for adjournment or extension; (4) whether these previous requests were granted or denied; and (5) whether opposing counsel consents, and, if not, the reasons given by opposing counsel for refusing to consent.

       SO ORDERED.

Dated: August 28, 2025
       New York, New York

                                              JOHN P. CRONAN
                                       United States District Judge

2