UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
MARIO J. REYES,                                                         :
:
                      Plaintiff,                      :       24 Civ. 2243 (JPC)
:
        -v-                                                           :       ORDER
:
1000 VOLTS TATTOO CO. *et al.*,                                         :
:
                      Defendants.                     :
----------------------------------------------------------------------- X

JOHN P. CRONAN, United States District Judge:

       The Court has received Plaintiff's letter requesting a conference following their mediation, Dkt. 89, as well as Defendants' responses, Dkts. 86 and 88. Counsel are hereby ordered to appear before the undersigned for a conference on September 18, 2025, at 2:00 p.m. Unless the Court orders otherwise, the Court will conduct the IPTC by teleconference on Webex. At the scheduled time, counsel for all parties should call (855) 244-8681, access code 2302 755 2307.

       The Clerk of the Court is respectfully directed to close Docket Number 89.

       SO ORDERED.

Dated: September 16, 2025
       New York, New York
                                                                 JOHN P. CRONAN
                                                  United States District Judge