UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- X
                                                                       :
MARIO J. REYES,                                                        :
                                                                       :
                            Plaintiff,                  :    24 Civ. 2243 (JPC)
                                                                       :
          -v-                                                         :            ORDER
                                                                       :
1000 VOLTS TATTOO CO. *et al.*,                                        :
                                                                       :
                           Defendants.                 :
--------------------------------------------------------------------- X

JOHN P. CRONAN, United States District Judge:

      As discussed on the record at today's conference, the Court denies without prejudice the motion to dismiss filed by Defendant 1000 Volts Tattoo Co. Dkt. 91. The Court also set the following briefing schedule: Defendants' motions for summary judgment are due no later than September 22, 2025. Plaintiff's brief in opposition is due no later than October 24, 2025. Defendants may submit reply briefs no later than November 14, 2025.

      The Clerk of the Court is respectfully directed to close Docket Number 91.

      SO ORDERED.

Dated: September 18, 2025
       New York, New York

                                                      JOHN P. CRONAN
                                        United States District Judge