**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------X

MARIO J. REYES,

Plaintiff,

24 **CIVIL** 2243 (JPC)

-against-

# JUDGMENT

UNDERCUT BARBER SHOP INC., et al.,

Defendants.

----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 23, 2026, the Court lacks subject-matter jurisdiction over Plaintiff's federal claims in Count One and over his state-law and city-law claims in Counts Two, Three, and Four. The Court therefore dismisses all of Plaintiff's claims without prejudice. Accordingly, judgment is hereby entered in favor of Defendants and the case is closed.

**Dated:** New York, New York

September 25, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**